**1003 SENECA MINING COMPANY vs. SECRETARY OF STATE, 82 M., 573; 9 L. R. A., 770.**

To compel respondent to file relators' articles of association

in renewal of its corporate existence, under Act No. 129, Laws of 1889.

Granted July 2, 1890.   Opinion filed October 31, 1890.

The case involved the question as to when the constitutional amendment, adopted at the April election of 1889, took effect, as a part of the constitution, and it was held that it took effect from the time of its ratification by the popular vote.